UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO PICKENS, BG6590,<br>Petitioner,<br>v.<br>R. C. JOHNSON, Warden,<br>Respondent. | Case No. 21-cv-03719-CRB (PR)<br><br>**ORDER OF TRANSFER** |

Petitioner seeks federal habeas review of the execution of a sentence imposed by the Los Angeles County Superior Court, which lies within the venue of the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is incarcerated at California State Prison, Los Angeles County (LAC) in Lancaster, which also lies within the venue of the Central District of California, Western Division. See id.

Venue is proper in a habeas action in either the district of conviction or the district of confinement, see 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

Because Los Angeles County lies in the Central District of California, Western Division, the court ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in the interest of justice, this petition be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter forthwith and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 24, 2021

_____
CHARLES R. BREYER
United States District Judge